JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN L. WEBB, | ) | No. CV 17-1077 SJO (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| SUPERIOR COURT OF CALIFORNIA SAN BERNARDINO COUNTY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 9, 2017

S. James Otero

_____
S. JAMES OTERO
United States District Judge